UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JAMES SWANN, | ) | |
| | ) | Case No. 1:24-cv-175 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| CHIME BANKING | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**ORDER**

On February 24, 2025, United States Magistrate Judge Christopher H. Steger issued a report and recommendation, recommending the Court dismiss the amended complaint in this matter because the Court lacks subject matter jurisdiction. (Doc. 41.) Plaintiff did not object to the report and recommendation.

After reviewing the record and the applicable law, the Court agrees with Magistrate Judge Steger's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 41) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that the action be **DISMISSED**.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**